# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Bigfoot 4x4, Inc.

                Plaintiff,

v.
                        Case No.:
                        1:22–cv–06758
                        Honorable Martha
                        M. Pacold

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's ex parte
motion to extend the Temporary Restraining Order [23] is granted. Under Rule 65(b)(2),
the court finds good cause to extend the TRO for 14 days to prevent defendants from
transferring assets from their U.S. based financial accounts, modifying the names of their
internet stores, or removing their internet stores from their current platforms. The court's
TRO [21] entered on 12/05/2022 is extended until 01/02/2023. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.