UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4x4, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v.        ) | Case No.: 22-cv-6758 |
| ) | |
| ) | Honorable Martha M. Pacold |
| The Individuals, Corporations, Limited ) | |
| Liability Companies, Partnerships, and ) | |
| Unincorporated Associations Identified on ) | |
| Schedule A Hereto ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION UNDER RULE 65 TO DISSOLVE *EX PARTE* TEMPORARY RESTRAINING ORDER/EMERGENCY OPPOSITION TO MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd. (collectively, the "Daoen Defendants") respectfully move this Court to dissolve the temporary restraining order against the Daoen Defendants entered on December 5, 2022 (ECF No. 20) and extended on December 15, 2022 to January 2, 2023 (ECF No. 24), for the reasons set forth in the Daoen Defendants' corresponding Memorandum in Support.

2

Date: December 29, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Yizhou Liu*
　　　　　　　　　　　　　　　　　　　　　Yizhou Liu (0093842)
　　　　　　　　　　　　　　　　　　　　　bliu@calfee.com
　　　　　　　　　　　　　　　　　　　　　Calfee, Halter & Griswold LLP
　　　　　　　　　　　　　　　　　　　　　The Calfee Building
　　　　　　　　　　　　　　　　　　　　　1405 East Sixth Street
　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　　　　(216) 622-8432 (Telephone)
　　　　　　　　　　　　　　　　　　　　　(216) 241-0816 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

*/s / Yizhou Liu*
*Attorney of Record for Defendants*