# EXHIBIT A

**Alexander, Andrew**

| | |
|---|---|
| **From:** | Tucker, Todd |
| **Sent:** | Tuesday, January 17, 2023 6:38 PM |
| **To:** | William B. Kalbac; Alexander, Andrew |
| **Cc:** | Liu, Brad; Reulbach, John |
| **Subject:** | RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A |

Bill,

You are not answering my question. We understand that Schedule A is used to freeze accounts to prevent dissipation of assets. But here, you have a party represented by US counsel where you are purposefully withholding information from that represented party. Once a party is represented, they are entitled to see the entire court record and the NDIL has a default protective order if one is needed. You are now using this perceived need for a protective order as an excuse as to why you have not fulfilled your service obligations. Send a proposed protective order now so that we can see the entire case file as we are entitled to see. (I note below that you stated you will produce "redacted" filings if a protective order is agreed to. I assume you meant "unredacted".) Also, the TRO has been dissolved and we have requested several times that you unfreeze my clients' Amazon accounts. You have not responded to those requests.

Regards,
Todd Tucker


**Todd R. Tucker**
*Partner and Director of International Business*
ttucker@calfee.com
216.622.8231  **Phone**

**From:** William B. Kalbac <wkalbac@HSPLEGAL.COM>
**Sent:** Tuesday, January 17, 2023 6:29 PM
**To:** Tucker, Todd <TTucker@Calfee.com>; Alexander, Andrew <AAlexander@Calfee.com>
**Cc:** Liu, Brad <BLiu@Calfee.com>; Reulbach, John <JReulbach@calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Todd,

We request the Court to temporarily seal certain documents to prevent asset dissipation from overseas defendants' accounts. We generally do not provide information that could be used identify the defendants in our cases to counsel until we can confirm that the platforms have enacted a freeze on their accounts.

However, we are willing to provide a redacted copies and additional documents provided you enter into a protective order. If you're willing to enter into a protective order, I will send one to you to review.

Regards,
Bill

**From:** Tucker, Todd <TTucker@Calfee.com>
**Sent:** Tuesday, January 17, 2023 5:14 PM
**To:** William B. Kalbac <wkalbac@HSPLEGAL.COM>; Alexander, Andrew <AAlexander@Calfee.com>

1

**Cc:** Liu, Brad <BLiu@Calfee.com>; Reulbach, John <JReulbach@calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

Can you provide authority that permits you to withhold the entire filing from a represented party?

Regards,
Todd Tucker

**Todd R. Tucker**
*Partner and Director of International Business*
ttucker@calfee.com
216.622.8231  **Phone**

**From:** William B. Kalbac <wkalbac@HSPLEGAL.COM>
**Sent:** Tuesday, January 17, 2023 6:10 PM
**To:** Alexander, Andrew <AAlexander@Calfee.com>
**Cc:** Tucker, Todd <TTucker@Calfee.com>; Liu, Brad <BLiu@Calfee.com>; Reulbach, John <JReulbach@calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Andy,

Please see the attached Summons, TRO, Complaint, Motion for Entry of a Preliminary Injunction and supporting Memorandum. I have already provided you with the evidence of your client's infringement.

We generally do not provide counsel with copies of the Schedule A because they frequently use them to drum up business in these matters. However, I have provided you with a copy that has excluded the other defendants in this matter.

I trust this should satisfy your document request.

Regards,
Bill

**From:** Alexander, Andrew <AAlexander@Calfee.com>
**Sent:** Tuesday, January 17, 2023 11:48 AM
**To:** William B. Kalbac <wkalbac@HSPLEGAL.COM>
**Cc:** Tucker, Todd <TTucker@Calfee.com>; Liu, Brad <BLiu@Calfee.com>; Reulbach, John <JReulbach@calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

We've repeatedly asked you and your client to serve the Daoen defendants with complete pleadings and motion papers, including **all *sealed filings***. On December 29, we requested "the documents filed under seal as part of your client's 'Schedule A' filing." Your response two days later feigned confusion about what that meant. On December 31 we specifically requested the sealed exhibits to the Trent Declaration. But instead, you chose to serve "evidence of infringement for your client"—not the entirety of the sealed exhibits to the Trent Declaration. It is not your or Bigfoot's choice to decide *what* to serve on the Daoen Defendants and when. You *must* serve *anything* you file in this case. Keeping my clients in the dark has pervaded every aspect of this litigation so far, to the defendants' prejudice. You must serve *immediately* every single sealed document you have filed in this case. These are not available through the ECF, and

this includes (1) the entire Exhibit 2 to the Trent Declaration (ECF Nos. 12–16) and (2) the "Sealed Schedule A" (ECF No. 7.).

Regards,

Andy

**Andrew W. Alexander**
*Attorney at Law*
aalexander@calfee.com
216.622.8634  **Phone**

**From:** Alexander, Andrew
**Sent:** Tuesday, January 10, 2023 3:48 PM
**To:** William B. Kalbac <wkalbac@hsplegal.com>
**Cc:** Tucker, Todd <TTucker@Calfee.com>; Liu, Brad <BLiu@Calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

It has been a week since the Court dissolved the TRO in this case and we asked you to instruct Amazon to lift the Daoen account restrictions. You have ignored our request, which has, as I'm sure you know and intend, effectively extended the TRO against Daoen and against the *express* Order of the Court. You and your firm are well aware that Amazon will not remove the restrictions until the "rights holder" contacts them. Our client's harm continues to escalate each day you ignore the Court's Order and allow the Amazon restrictions to continue. We will seek all remedies available to Daoen for the harm you and your client are causing, including sanctions. You must immediately instruct Amazon to lift the account restrictions.

Regards,

Andy

**From:** Liu, Brad <BLiu@Calfee.com>
**Sent:** Monday, January 9, 2023 3:54 PM
**To:** Alexander, Andrew <AAlexander@Calfee.com>
**Subject:** Fwd: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Sent from my iPhone

**Brad Liu**
*Partner and Associate Director, International Business - Asia*
bliu@calfee.com
216.622.8432  **Phone**

Begin forwarded message:

> **From:** "Tucker, Todd" <TTucker@calfee.com>
> **Date:** January 3, 2023 at 7:34:57 PM EST
> **To:** "William B. Kalbac" <wkalbac@hsplegal.com>, smandell@mandellmenkes.com, "Liu, Brad" <BLiu@calfee.com>

**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

In view the Court dissolving the TRO, we request that you immediately contact Amazon to reinstate all listings of the Daoen Defendants that you client requested be placed on hold/de-listed. Please copy me on the emails to Amazon notifying them that the TRO has been dissolved.

Regards,
Todd Tucker


**Todd R. Tucker**
*Attorney at Law*
ttucker@calfee.com
216.622.8231  **Phone**

**From:** Tucker, Todd
**Sent:** Saturday, December 31, 2022 2:07 PM
**To:** 'William B. Kalbac' <wkalbac@HSPLEGAL.COM>; smandell@mandellmenkes.com; Liu, Brad <BLiu@Calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

You have never served the sealed exhibits to the Trent Declaration. Please forward those exhibits now.

Regards,
Todd Tucker

**From:** William B. Kalbac <wkalbac@HSPLEGAL.COM>
**Sent:** Saturday, December 31, 2022 2:03 PM
**To:** Tucker, Todd <TTucker@Calfee.com>
**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Todd,

What documents are you requesting? It appears that you have received the sealed TRO, Complaint, Summons, Motion for Entry of a Preliminary Injunction and supporting Memorandum. Please advise.

Regards,
Bill

**From:** Tucker, Todd <TTucker@Calfee.com>
**Sent:** Thursday, December 29, 2022 5:34 PM
**To:** William B. Kalbac <wkalbac@HSPLEGAL.COM>
**Cc:** Liu, Brad <BLiu@Calfee.com>; Alexander, Andrew <AAlexander@Calfee.com>; Homolka, Heather <HHomolka@Calfee.com>

**Subject:** RE: 22-cv-6758 / Bigfoot 4x4, Inc. v. Ind., Corps, LLCs, Partnerships & Unincorp. Ass'n's Id. on Schedule A

Bill,

This is Todd Tucker, lead counsel for the Daoen Defendants. I left you a voicemail about this matter. My law partner, Brad Liu, has corresponded with you and your team over the last few weeks requesting that your client both serve the Daoen Defendants and provide us with the sealed documents. My clients still do not have access to the documents filed under seal as part of your client's "Schedule A" filing. As detailed in our recent briefing, your client's (and perhaps your) gamesmanship with this case is nothing more than an attempt to improperly extend the ex parte TRO. You must call me ASAP on my mobile 216-218-5000 to discuss immediately unfreezing my clients' Amazon accounts and the how you and/or your clients will be compensating the Daoen Defendants for this unwarranted business interruption and your strong-arm tactics. Otherwise, the Daoen Defendants will be seeking to sanction you and your client in addition to pursuing counterclaims including abuse of process and tortious interference with business relationships. Time is of the essence. Please call me by noon tomorrow Eastern time.

Regards,
Todd Tucker

> Counsel,
>
> Plaintiff has charged your clients with violations of United States federal and state laws prohibiting trademark infringement.
> A copy of the Complaint, Temporary Restraining Order, Motion for Entry of Preliminary Injunction, Memorandum in Support of Entry of Preliminary Injunction and Summons are attached.
>
> These and other legal documents may be obtained from Plaintiff's attorney, William B. Kalbac, wkalbac@hsplegal.com, and at the following website
>  22-cv-6758 Preliminary Injunction Documents.
>
> Any answer or other response to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from the day you receive the summons.
>
> If no appearance or pleading is filed, the Court may render a judgment against the defendants.
>
> As always, if I can be of further assistance, please call or e-mail.
>
> Sincerely,
> William B. Kalbac

**William B. Kalbac**, *Partner*
HUGHES SOCOL PIERS RESNICK & DYM, LTD.

70 W Madison St., Suite 4000  
Chicago, IL 60602  
Dir **312.604.2734**  Fax **312.604.2735**  
wkalbac@hsplegal.com

Click to send me files.

**Todd R. Tucker**  
*Attorney at Law*

ttucker@calfee.com  
216.622.8231  **Office**  
216.241.0816  **Fax**

**Calfee, Halter & Griswold LLP**  
The Calfee Building  
1405 East Sixth Street  
Cleveland, OH  44114-1607



**Calfee.com  |  Info@Calfee.com  |  888.CALFEE1**

**vCard**

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.