## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BIGFOOT 4x4, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:22-cv-06758 |
| | ) | |
| | ) | Honorable Martha M. Pacold |
| The Individuals, Corporations, Limited | ) | |
| Liability Companies, Partnerships, and | ) | Magistrate Judge Jeffrey T. Gilbert |
| Unincorporated Associations Identified on | ) | |
| Schedule A Hereto | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR COSTS, EXPENSES, AND FEES

Pursuant to 28 U.S.C. § 1927 and the Court's inherent power to issue sanctions, Defendants Shenzhen Daoen Model Technology Co., Ltd.; Shenzhen Aoxinfa Technology Co., Ltd.; and Shenzhen Tianqinli Technology Co., Ltd. (collectively, the "Daoen Defendants") respectfully move this Court to order Bigfoot 4x4, Inc. ("Bigfoot" or "Plaintiff") to satisfy Defendants' costs, expenses, and fees caused by Plaintiff's unreasonable conduct that necessitated Defendants' preparing and filing its Motion to Compel (ECF No. 50) and Memorandum in Support (ECF No. 51). A Memorandum of Law in Support is filed concurrently with this Motion.

Date: March 1, 2023                                        Respectfully submitted,

                                                           */s/ Todd R. Tucker*
                                                           Todd R. Tucker (0065617)
                                                           ttucker@calfee.com
                                                           Yizhou Liu (0093842)
                                                           bliu@calfee.com
                                                           Andrew W. Alexander (0091167)
                                                           aalexander@calfee.com
                                                           Calfee, Halter & Griswold LLP
                                                           The Calfee Building
                                                           1405 East Sixth Street
                                                           Cleveland, Ohio 44114
                                                           (216) 622-8200 (Telephone)
                                                           (216) 241-0816 (Facsimile)

                                                           Steven P. Mandell (6183729)
                                                           smandell@mandellmenkes.com
                                                           Mandell Menkes LLC
                                                           333 W. Wacker Drive, Suite 450
                                                           Chicago, IL 60606
                                                           (312) 251-1001 (Telephone)

                                                           *Attorneys for Defendants Shenzhen Daoen
                                                           Model Technology Co., Ltd., Shenzhen Aoxinfa
                                                           Technology Co., Ltd., and Shenzhen Tianqinli
                                                           Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

/s/ Todd R. Tucker
One of the attorneys for Defendants