**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BIGFOOT 4x4, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 22-cv-6758 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |
| The Individuals, Corporations, Limited | ) | |
| Liability Companies, Partnerships, and | ) | Magistrate Judge Jeffrey T. Gilbert |
| Unincorporated Associations Identified on | ) | |
| Schedule A Hereto | ) | |
| | ) | |
| Defendants. | ) | |

**DAOEN DEFENDANTS' ITEMIZATION OF FEES BEING REQUESTED IN MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS AND FOR FEES (DKT. #99)**

On August 15, 2023, this Court granted the Daoen Defendants'[1] Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99). (Dkt. #123.) In so doing, the Court asked the Daoen Defendants to file an itemization of fees being requested in their motion and also an itemization of the fees being requested in a previously filed Motion for Costs, Expenses, and Fees (Dkt. #69) related to the Daoen Defendants having to move to compel service of certain sealed documents (Dkt. #50). Accordingly, the Daoen Defendants request that the following fees[2] related to the preparation of their Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99) be paid:

---

[1] "Daoen Defendants" refers to Shenzhen Daoen Model Technology Co., Ltd.; Shenzhen Aoxinfa Technology Co., Ltd.; and Shenzhen Tianqinli Technology Co., Ltd.
[2] The itemization of fees reflects the fees billed in connection with the Daoen Defendants' preparation of their Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99). (Ex. A, Alexander Declaration.)

| Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99) | | | | |
|---|---|---|---|---|
| **Attorney** | **Hourly Rate** | **Hours** | **Description of Services** | **Total** |
| Brian Doney (Junior Associate) | $340 | 2.6 | Preparation for first draft of section of memorandum in support. | $884 |
| John Reulbach (Senior Attorney) | $425 | 4 | Legal research related to Rule 37 sanctions for reply brief in support; assistance in preparation of draft of motion and memorandum in support. | $1,700 |
| Andrew Alexander (Junior Partner) | $510 | 18.7 | Preparation of final draft of motion, memorandum in support, and reply brief in support. | $9,537 |
| Todd Tucker (Senior Partner) | $880 | 1.3 | Final review and analysis of reply brief in support. | $1,144 |
| | | | | Total: $13,265 |

Date: August 30, 2023                             Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker (0065617)
ttucker@calfee.com
Yizhou Liu (0093842)
bliu@calfee.com
Andrew W. Alexander (0091167)
aalexander@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

Steven P. Mandell (6183729)
smandell@mandellmenkes.com
Mandell Menkes LLC
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
(312) 251-1001 (Telephone)

*Attorneys for Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

> */s/ Todd R. Tucker*
> One of the attorneys for Defendants