# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BIGFOOT 4x4, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 22-cv-6758 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto | ) ) ) ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ANDREW ALEXANDER**

1. I, Andrew Alexander, submit this Declaration on behalf of Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd. (collectively, the "Daoen Defendants"), in support of Defendants' Itemization of Fees.

2. I am a partner at the law firm of Calfee, Halter & Griswold LLP.

3. The itemization of fees provided in the Daoen Defendants' Itemization of Fees Being Requested in Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99) is a true and accurate report of each attorney that assisted in preparation of the briefing related to the Motion to Compel Responses to Discovery Requests and for Fees (Dkt. #99), each attorney's hourly rate, the number of hours spent, and a description of their services.

4. This itemization is being provided at the request of the Court and the Daoen Defendants do not waive any attorney-client privilege.

I, Andrew Alexander, declare under penalty of perjury that the foregoing Declaration is true and correct.

Date: August 30, 2023

*/s/ Andrew Alexander*
Andrew Alexander