# Exhibit C



# AIPLA 2021
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org







## Total 2020 Billings Per Attorney (P. F-22, Q25)

*By Number of Attorneys in Firm in 2020*

| | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $380,000 | $387,500 | $425,000 | $555,857 | $620,765 | $677,419 | $970,284 | $579,482 |
| Median | $200,000 | $260,417 | $325,268 | $360,189 | $451,217 | $562,686 | $740,867 | $415,963 |
| Mean | $225,718 | $276,076 | $323,364 | $367,663 | $504,894 | $558,521 | $727,156 | $430,274 |
| 1st Quartile | $61,500 | $133,292 | $171,250 | $239,236 | $397,368 | $481,013 | $557,607 | $254,236 |

## Average Billing Rate for IP Work (P. F-27, Q31c)

*By Number of Attorneys in Firm in 2020*

| | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $493 | $388 | $441 | $438 | $430 | $559 | $740 | $495 |
| Median | $400 | $350 | $390 | $400 | $383 | $466 | $529 | $400 |
| Mean | $405 | $353 | $414 | $395 | $392 | $452 | $601 | $435 |
| 1st Quartile | $326 | $313 | $351 | $328 | $337 | $364 | $450 | $350 |

## Trend in Hourly Billing Rate for IP Work: 2002-2020
(P. F-27, Q31c)



## Average Billing Rate for Non-IP Work (P. F-25, Q30c)
*By Number of Attorneys in Firm in 2020*

|  | One | Two | 3-5 | 6-10 | 11-30 | 31-100 | 101 or More | All Respondents |
|---|---|---|---|---|---|---|---|---|
| 3rd Quartile | $475 | ISD | $428 | $448 | $613 | $550 | $734 | $556 |
| Median | $350 | $365 | $395 | $400 | $485 | $400 | $575 | $450 |
| Mean | $347 | $372 | $396 | $400 | $487 | $441 | $626 | $477 |
| 1st Quartile | $225 | ISD | $364 | $353 | $363 | $336 | $471 | $369 |