UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BIGFOOT 4x4, INC. ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | Case No.: 22-cv-6758 | |
| ) | | |
| ) | Judge LaShonda A. Hunt | |
| The Individuals, Corporations, Limited ) | | |
| Liability Companies, Partnerships, and ) | Magistrate Judge Jeffrey T. Gilbert | |
| Unincorporated Associations Identified on ) | | |
| Schedule A Hereto ) | | |
| ) | | |
| Defendants. ) | | |

**THE DAOEN DEFENDANTS' MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Stipulated Protective Order (Dkt. # 119), the Daoen Defendants respectfully move this Court for leave to file under seal Exhibit B to their Status Report (Dkt. # 149).

Exhibit B was marked as "SUBJECT TO PROTECTIVE ORDER – ATTORNEYS' EYES ONLY" by Plaintiff Bigfoot.

WHEREFORE, the Daoen Defendants respectfully move this Court to seal Exhibit B to Dkt. # 149, as requested herein.

Date: November 9, 2023                               Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker (0065617)
ttucker@calfee.com
Yizhou Liu (0093842)
bliu@calfee.com
Andrew W. Alexander (0091167)

2

aalexander@calfee.com
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

Steven P. Mandell (6183729)
smandell@mandellmenkes.com
Mandell Menkes LLC
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
(312) 251-1001 (Telephone)

*Attorneys for Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

*/s/ Todd R. Tucker*
One of the attorneys for Defendants
