UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4x4, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> The Individuals, Corporations, Limited ) <br> Liability Companies, Partnerships, and ) <br> Unincorporated Associations Identified on ) <br> Schedule A Hereto ) <br> ) <br> Defendants. ) | Case No.: 22-cv-6758 <br><br> Judge LaShonda A. Hunt <br><br> Magistrate Judge Jeffrey T. Gilbert |

**THE DAOEN DEFENDANTS' OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND AWARD FEES AND COSTS**

Pursuant to Local Rule 37.2 and Federal Rules of Civil Procedure 34 and 37, Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd. (collectively, the "Daoen Defendants") respectfully move this Court to compel the production of documents responsive to certain Requests for Production specifically identified in the corresponding Memorandum in Support and order Bigfoot to pay any fees and expenses related to this Motion to Compel.

Date: November 17, 2023

Respectfully submitted,

*/s/ Todd R. Tucker*
Todd R. Tucker (0065617)
ttucker@calfee.com
Yizhou Liu (0093842)
bliu@calfee.com
Andrew W. Alexander (0091167)
aalexander@calfee.com
Calfee, Halter & Griswold LLP

2

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200 (Telephone)
(216) 241-0816 (Facsimile)

Steven P. Mandell (6183729)
smandell@mandellmenkes.com
Mandell Menkes LLC
333 W. Wacker Drive, Suite 450
Chicago, IL 60606
(312) 251-1001 (Telephone)

*Attorneys for Defendants Shenzhen Daoen Model Technology Co., Ltd., Shenzhen Aoxinfa Technology Co., Ltd., and Shenzhen Tianqinli Technology Co., Ltd.*

## CERTIFICATE OF COMPLIANCE WITH LR 37.2

I hereby certify that counsel for the Daoen Defendants and Bigfoot conferred on October 13, 2023, in an attempt to resolve this dispute but were unsuccessful. Andrew Alexander and Brian Doney, counsel for the Daoen Defendants, spoke via telephone with Bill Kalbac, counsel for Bigfoot. Counsel for the Daoen Defendants then followed up several times with Bigfoot counsel via email, but the Parties were unable to resolve this dispute.

/s/ Todd R. Tucker
One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, the foregoing was served upon counsel of record by virtue of the Court's electronic filing system.

/s/ Todd R. Tucker
One of the attorneys for Defendants