**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Bigfoot 4x4, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Individuals, Corporations, Limited )<br>Liability Companies, Partnerships, and )<br>Unincorporated Associations Identified on )<br>Schedule A Hereto )<br>)<br>Defendants. )<br>) | Case No.: 1:22-cv-06758 |

**ATTORNEY BRIAN P. DONEY'S MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL**

Brian P. Doney ("Counsel") requests approval to withdraw as counsel of record for Defendant Nos. 77 "Aoxinfa-US", 99 "HobbyPark-US" and 119 "TianqlUS" ("Defendants") and states:

1. Counsel represents Defendants.

2. Counsel seeks to withdraw as counsel of record for Defendants because he will no longer be associated with the firm of Calfee, Halter & Griswold LLP, effective May 3, 2024.

3. Attorneys Steven P. Mandell, Todd R. Tucker, Yizhou (Brad) Liu, and Andrew W. Alexander will remain as counsel for Defendants.

WHEREFORE, Counsel respectfully requests that the Court enter an order authorizing Counsel to withdraw as counsel of record for Defendants.

{*signature page follows*}

1

Date: May 1, 2024                                    Respectfully submitted,

                                                  */s/ Brian P. Doney*
                                                  Brian P. Doney (101466)
                                                  bdoney@calfee.com
                                                  Calfee, Halter & Griswold LLP
                                                  The Calfee Building
                                                  1405 East Sixth Street
                                                  Cleveland, Ohio 44114
                                                  Tel. (216) 622-8200

                                                  *Attorney for Defendant Nos. 77 "Aoxinfa-US", 99 "HobbyPark-US" and 119 "TianqlUS"*