# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bigfoot 4x4, Inc.

                            Plaintiff,

v.

Case No.: 1:22−cv−06758

Honorable LaShonda A. Hunt

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Attorney Brian P. Doney's motion to withdraw [176] is granted. Attorney Doney is terminated as counsel for Defendants Aoxinfa−US, HobbyPark−US, and TianqlUS. For future reference, counsel for all parties are reminded that all motions must be accompanied by a notice of presentment in accordance with Judge Hunt's case management procedures. Non−compliant motions may be stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.