# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bigfoot 4x4, Inc.

                        Plaintiff,

v.

                        Case No.: 1:22−cv−06758

                        Honorable LaShonda A. Hunt

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion for partial summary judgment [184] is stricken, as the motion was not accompanied by the required notice of presentment and was filed without leave of court. Defendants' Motion to Seal [185], which also was not accompanied by the required notice of presentment, is terminated as moot. The sealed document [187] will be unsealed in seven days if Defendants take no further action to withdraw it. Once all matters before Judge Gilbert are concluded and the referral is terminated, this Court will schedule a pretrial hearing to discuss next steps in the case, i.e., a firm dispositive motion schedule and/or trial date. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.