**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Bigfoot 4x4, Inc.

                                                Plaintiff,

v.                                                                                   Case No.: 1:22−cv−06758

                                                                                    Honorable LaShonda A. Hunt

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' Unopposed Motion for Withdraw Sealed Document (DKT. 187) [190] is granted. The sealed document filed at [187] is withdrawn. No appearance is necessary on 7/31/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.